1  HOWARD L. MAGEE, State Bar No.: 185199
   howard.magee@ogletreedeakins.com
2  GREGORY C. CHENG State Bar No.: 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
4  Los Angeles, California 90071
   Telephone:   (213) 239-9800
5  Facsimile:    (213) 239-9045

6  Attorneys for Defendant
   Gilbane Building Company, Inc.
7
                                                              *E-FILED - 10/25/06*
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | SUSAN IVERSON,              | Case No. C06-04373 RMW
   |                             |
13 |            Plaintiff,       | **STIPULATION AND []**
   |                             | **ORDER TO CONTINUE THE CASE**
14 |       v.                    | **MANAGEMENT FOR NINETY**
   |                             | **DAYS PENDING THE**
15 | GILBANE BUILDING COMPANY,   | **COMPLETION OF MEDIATION**
   |                             |
16 |            Defendants.      | Location:      Dept. 6
   |                             | Judge:         Ronald M. Whyte
17 |                             | Action Filed:  July 24, 2006
   |                             | Trial Date:    None

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                    1.

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Susan Iverson ("Plaintiff"), in *pro per* and Defendant Gilbane Building Company, Inc. ("Defendant") by their attorneys of record – Ogletree, Deakins, Nash, Smoak & Stewart P.C., by Gregory C. Cheng, attorney at law (collectively "Parties"), that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

**WHEREAS**, Plaintiff Susan Iverson ("Plaintiff") filed her Complaint for damages on July 24, 2006;

**WHEREAS**, the Parties stipulated to participate in court-sponsored mediation in an effort to resolve the instant dispute;

**WHEREAS**, the Case Management Conference has been set for October 27, 2006;

**WHEREAS**, on October 10, 2006, this Court ordered the Parties to participate in court-sponsored mediation;

**WHEREAS**, the clerk of the Alternative Dispute Resolution department has scheduled an ADR telephone conference for October 24, 2006;

**WHEREAS**, the Parties have completed their Rule 26(f) conference and have filed their Joint Rule 26(f) Report and Joint Case Management Conference Statement;

**WHEREAS**, the Parties agree that the Case Management Conference should be continued for ninety (90) days pending the outcome of mediation;

**WHEREAS**, the parties are hopeful that they can resolve the instant matter provided that they have adequate time and resources to prepare and engage in mediation;

**WHEREAS**, if the Court sets a pretrial scheduling order at the Case Management Conference on October 27, 2006, including a discovery plan, the settlement process may be jeopardized by the significant expenditure of costs and preparation time associated with commencement of the discovery process. These resources can instead be

1.

devoted to good faith settlement discussions, if the Case Management Conference were continued by at least ninety (90) days;

**NOW, THEREFORE**, the Parties hereby **STIPULATE AND AGREE** through their respective counsel of record, as follows:

1. The Case Management Conference shall be continued from October 27, 2006 to January 29, 2007, or a date thereafter convenient for the Court.

IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED:  October 23, 2006                SUSAN IVERSON

By /s/ Susan Iverson
Susan Iverson
Appearing In *Pro Per*

DATED:  October 23, 2006                HOWARD L. MAGEE
GREGORY C. CHENG
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By /s/ Gregory Cheng
Gregory C. Cheng
Attorneys for Defendant Gilbane Building Company, Inc.

### ORDER

**GOOD CAUSE APPEARING THEREFORE, AND PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management Conference shall be continued from October 27, 2006 to January 29, 2007, or to a date thereafter convenient for the Court.

DATED:  10/25/06                        /s/ Ronald M. Whyte
Honorable Ronald M. Whyte
United States District Court Judge

2.

PROOF OF SERVICE

I, Leticia Rivera, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

On October 23, 2006, I served a copy(ies) of the following document(s): **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT FOR NINETY DAYS PENDING THE COMPLETION OF MEDIATION**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Susan Iverson<br>5088 Barron Park Drive<br>San Jose, CA 95136<br>Telephone: (408) 813-0592 | In Propria Persona | U.S. Mail and E-mail |

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Los Angeles, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☒ (BY ELECTRONIC MAIL) I caused the foregoing document(s) to be transmitted electronically as a .pdf file(s) from my computer to the e-mail addressee(s) noted below:

**Susan Iverson** whose e-mail address is: susaniverson@yahoo.com.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on October 23, 2006, at Los Angeles, California.

/s/ Leticia Rivera
Leticia Rivera

1.