HOWARD L. MAGEE, State Bar No.: 185199
howard.magee@ogletreedeakins.com
GREGORY C. CHENG State Bar No.: 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendant
GILBANE BUILDING COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/21/07*

| | |
|---|---|
| SUSAN IVERSON,<br><br>           Plaintiff,<br><br>    v.<br><br>GILBANE BUILDING COMPANY,<br><br>           Defendants. | Case No. C06-04373 RMW<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)** AND ORDER<br>Location:      Dept. 6<br>Judge:          Ronald M. Whyte<br>Action Filed: July 24, 2006<br>Trial Date:    None |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1.

1  IT IS HEREBY STIPULATED by and between the Parties to this action
2  through their designated counsel that the above-referenced action be and hereby is
3  dismissed, with prejudice, pursuant to FRCP Section 41(a)(1), with the Parties to bear their
4  own costs and attorneys' fees.

5  DATED: February 20, 2007 /15/    SUSAN IVERSON

6
7  By _____
      Susan Iverson
8  Appearing In *Pro Per*

9  DATED: February 20, 2007 /15/    HOWARD L. MAGEE
                                    GREGORY C. CHENG
10                                  OGLETREE, DEAKINS, NASH, SMOAK
                                    & STEWART, P.C.
11
12 By _____
      Gregory C. Cheng
13 Attorneys for Defendant GILBANE
   BUILDING COMPANY, INC.
14

15
16                              **ORDER**

17 **GOOD CAUSE APPEARING THEREFORE, AND PURSUANT TO**
   **STIPULATION, IT IS SO ORDERED** that the case is dismissed in its entirety, with
18 prejudice, with all Parties to bear their own costs and attorneys' fees.
19

20 DATED:  2/21/07                 *Ronald M. Whyte*
                                   _____
21                                 Honorable Ronald M. Whyte
                                   United States District Court Judge
22
23
24
25
26
27
28